UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRENDEN MARNAE WHITE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No. 4:22-cv-00028-JMS-KMB |
| | ) |
| JEREMY T. MULL, *Prosecuting Attorney* and | ) |
| ANDREW STEELE, *Deputy Prosecutor*, | ) |
| | ) |
| *Defendants*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants, such that Plaintiff shall take nothing by way of his Amended Complaint.

Date: 9/15/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Brandyn Lee Arnold
INDIANA ATTORNEY GENERAL
brandyn.arnold@atg.in.gov

1

Michaelia S. Gilbert
Law Office of Michaelia S. Gilbert, LLC
michaelia@msgilbertlawllc.com

William A. Gray
ATTORNEY AT LAW
williamgray@williamgraylaw.com

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Patrick Muldoon
BARNES MALONEY PLLC
pmuldoon@sbmkylaw.com

Justin M. Schaefer
BARNES MALONEY PLLC
jschaefer@sbmkylaw.com